| | | |
|---|---|---|
| | AUSA: Terrence Haugabook | Telephone: (313) 226-9157 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Task Force Officer: Stuart Martin, ATF | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:26−mj−30036 |
| v. | | Assigned To : Unassigned |
| Desmond Raymon Greer | | Assign. Date : 1/21/2026 |
| | Case No. | Description: RE: SEALED MATTER (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 23, 2025_____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stuart Martin, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____January 21, 2026_____

_____
*Judge's signature*

City and state: ___Detroit, MI___

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Task Force Officer Stuart Martin, being duly sworn, do hereby state the following:

## I.    INTRODUCTION

1.    I am a sworn Police Officer for the Detroit Police Department and have been employed there for approximately eleven years.  I am currently a Federal Task Force Officer (TFO) assigned to the Firearms Investigation Team with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force, and have been since August of 2020.  I have been assigned to investigate gang, narcotics and weapons offenses in the City of Detroit and surrounding areas.  I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2.    I have received extensive training at and successfully graduated from the Detroit Police Academy. I have personally investigated and assisted in numerous cases, which lead to search warrants, arrests, prosecutions, and the seizure of quantities of narcotics and firearms.  I am also a graduate of

University of Detroit Mercy where I earned a bachelor's degree in criminal justice.

**3.**     During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug-trafficking violations, and offenses by criminal street gangs, among others.  I have also authored numerous state search warrants and have been involved with the execution of the search warrants.  In addition, I have utilized a variety of investigative techniques and resources as a Task Force Officer, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.  Through these investigations, my training and experience, and conversations with other agents and other law enforcement personnel, I have become familiar with firearms violations.

4.     The information contained in this affidavit is based both on my investigation and information provided to me by or through other law enforcement agents, investigators, and individuals with knowledge of this matter.

5.     This affidavit establishes probable cause that Desmond Raymon GREER violated 18 U.S.C. § 922(g)(1), by possessing a firearm as a convicted felon on December 23, 2025, in the Eastern District of Michigan. This affidavit

sets forth probable cause that the offenses described were committed, but it does not include all information known to law enforcement related to this investigation.

## II.  PROBABLE CAUSE

6.      On December 23, 2025, at approximately 1950 hours a white Nissan Altima with North Carolina plate # RKT9585 turned into the outbound Detroit Canada Tunnel Customs and Border Protection (CBP) lanes and encountered CBP enforcement operations. The driver and sole occupant of the vehicle was identified by CBP as Desmond GREER DOB XX-XX-198X. GREER stated he had no declarations, and the vehicle was escorted to secondary for a CBP enforcement exam. CBP Officer Zavala guided the vehicle into secondary where they had GREER park. GREER was non-compliant in secondary and refused to put his phone down or exit the vehicle. CBP Officer Zavala removed the phone from GREER's hand and assisted him out of the vehicle. An immediate pat down for weapons was completed with negative results and GREER was escorted to the secondary office.

7.      CBP Canine Enforcement Officer Grzetch and CHNDD # 250233 performed a vehicle search with an alert to the odor of narcotics in the vehicle. During a routine CBP 7–pt inspection of the vehicle, a bag of marijuana and

3

six (6) rounds of 9mm ammunition were found within the center console. CBPO Zavala asked GREER again if there was a firearm in the vehicle and GREER stated no. A holstered firearm loaded with ten (10) live 9mm rounds was later found concealed under the hood of the vehicle, within the engine compartment, near the battery.



Holstered firearm

8.     Detroit Police were then contacted at approximately 2030 hours and advised they would respond to the port of entry to take custody of GREER.

9.     On December 23, 2025, Detroit Police Officers were dispatched to the United States Customs and Border Protection (CBP) located at 150 E Jefferson Ave, Detroit, MI 48226. Officers were informed that a black male, later identified as Desmond GREER, was a felon in possession of a stolen firearm, at the Detroit - Canada border.

4

Detroit Police officers were informed by CBP that a white 2025 Nissan Altima pulled into the Detroit - Canada tunnel and started to back up going the wrong way. CBP Officers stopped the vehicle and directed it into the secondary search area. During the search, CBP Officers located a loaded holstered firearm under the hood of the vehicle, a Taurus G2C 9mm semi-automatic pistol with ten (10) live 9mm rounds, bearing serial# 1C077458 that was reported stolen, along with six (6) live 9mm rounds from within the vehicle's center console. The six (6) live 9mm rounds from within the vehicle's center console were compatible with the recovered Taurus G2C 9mm semi-automatic pistol located within the engine compartment. GREER was then taken into custody by CBP.

10.     Detroit Police officers took custody of GREER, and he was placed under arrest without incident for Carrying a Concealed Weapon and Felon in possession of a Firearm. GREER did not possess a valid Michigan Concealed Pistol License. The white 2025 Nissan Altima was impounded by B&T towing and conveyed to the B&T impound lot. GREER was transported to the Detroit Detention Center for processing without incident.

11.     Affiant spoke with ATF S/A Justin Henry regarding a recent case he investigated that was indicted on U.S. District Court E.D. Michigan docket

5

number 24-cr-20093. That defendant, as the sole driver and occupant, was a felon who transported a firearm secreted within the engine compartment of a car he drove. On August 29, 2025, after a jury trial, that defendant was convicted of violating 18 U.S.C. § 922(g)(1), felon in possession of a firearm. From this, affiant has become aware that felons will secret firearms within the engine compartment of vehicles they utilize in an attempt to avoid detection by law enforcement while maintaining actual and constructive possession of the firearm.

12.    I later reviewed GREER's computerized criminal history, which revealed that he has the following felony convictions in the state of Michigan:

    a.    2007 – 3rd Circuit Court, Detroit Michigan: Unarmed Robbery– Plead Guilty and sentenced to two (2) years' probation.

    b.    2017 – 3rd Circuit Court, Detroit Michigan: Carrying Concealed weapon - Plead Guilty and sentenced to two (2) years' probation.

    c.    2020 – 3rd Circuit Court, Detroit Michigan: Assault with Dangerous weapon -  Plead Guilty and sentenced to two (2) years' probation.

    d.   2022 – 16th Circuit Court, Macomb Michigan: Felon in Possession of Firearm and Carrying Concealed Weapon – Plead Nolo Contendere and sentenced to twenty-four (24) days confinement and three (3) years & three (3) days probation.

13.    In sum, based upon the above convictions and sentences, there is probable cause that GREER knew he had previously been convicted of an offense punishable by more than one year of imprisonment prior to the offense date listed in this affidavit.

14.    On January 6, 2026, Special Agent Josh McLean an ATF Interstate Nexus Expert, advised, based on a verbal description of the firearm, without physically examining the firearm, that the Taurus G2C 9mm pistol is considered a firearm as defined under 18 U.S.C. § 921, and was manufactured outside the state of Michigan. Therefore, it had previously traveled in and affected interstate commerce. Additionally, SA McLean advised the assorted 16 rounds of 9mm ammunition, consisting of Blazer and Sig Sauer brand ammunition, were also manufactured outside the state of Michigan and previously traveled in and affected interstate commerce.

## **CONCLUSION**

15.    Probable cause exists that Desmond Raymon GREER, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year imprisonment, as the sole occupant and operator of the Nissan, was in possession of the above-described firearm and ammunition, and said firearm and ammunition having traveled in or affected interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Stuart Martin
Task Force Officer, ATF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: _____ January 21, 2026

8